UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| COREY LONGS, )<br>)<br>       Plaintiff   )<br>)<br>  vs.                   )<br>)<br>RYAN LEBO, TODD BAILEY,   )<br>and TOM FERGUSON,      )<br>)<br>       Defendants  )  | CAUSE NO. 3:07-CV-083 RM |

<u>OPINION AND ORDER</u>

On August 29, the court dismissed Corey Longs' claims against the State of Indiana and the Indiana State Police Department based on the claim by those defendants of sovereign immunity under the Eleventh Amendment to the United States Constitution. Mr. Longs' motion for leave to amend his complaint was denied on that date, as well. Mr. Longs has filed a motion to reconsider the dismissal of his claims against the Indiana State Police.

Although Mr. Longs didn't file his motion to reconsider pursuant to any of the Federal Rules of Civil Procedure, because his motion was served within ten days after entry of the order he challenges, his motion must be considered a motion for relief from judgment or order pursuant to Federal Rule of Civil Procedure 59(e), which requires that he "clearly establish a manifest error of law or an intervening change in controlling law or present newly discovered evidence."

Roma v. Gulf Stream Coach, Inc., 250 F.2d 1119, 1121 n.3 (7th Cir. 2001). He hasn't done so, and his motion to reconsider [docket # 28] is therefore DENIED.

SO ORDERED.

ENTERED:   September 12, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court